# US DISTRICT COURT OF CONNECTICUT

| STATE OF CONNECTICUT | ) |
| Plaintiff | ) |
| | ) |
| Vs. | ) |
| | ) |
| CLAYTON, WILLIE MAE | ) |
| Et Al Defendant | ) |

------------------------------------------------------------------------------------------------x

Case Number 3:24-CV-01286-SVN

Written Request BY:
Willie Mae Clayton
Jonita Terelle Vaughn
Brandon Winfree Vaughn
© corp.
beneficiary of Constitutions
Competent Witnesses
Hereafter the Alleged Defendant

SEP 9 2024 PM 12:23
FILED-USDC-CT-NEW HAVEN

## MOTION TO STRIKE

The Alleged Defendants in the above-entitled matter move to strike Plaintiff's Motion to remand the improperly removed case filed by the adverse party's attorney because the attorney is not a witness; the Alleged Plaintiff fails to appear to state a claim upon which relief can be granted.

### Questions and issues before the Superior Court

There is a Legal Injured Party as the Plaintiff before the court, so, in good faith, I challenge that such a Plaintiff exists. When did the Plaintiff Superior Court get jurisdiction over SUBJECT Matter? if the Bendett & McHugh, PC (102892), Brock and Scott, PLLC (439942), KORDE & ASSOCIATES P.C. (439864) has proof of

DEFENDANTS' MOTION TO STRIKE File No.: DCDS- ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ -01

jurisdiction of the court, then, according to Conn. Gen. Stat. § 52-29 and section 42a- 3-501of four Conn. Gen. Stat., (presentment), the attorney Dominick Neveux, 430738, or John Patrick Fahey (305404) will have no difficulty appearing with WELLS FARGO BANK USA HOLDINGS, INC. and US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST the [alleged] Injured Party as Plaintiff, before the court, so that I may examine and [possibly]challenge that validity of the Plaintiff. The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings. *Hagans v Lavine 415 U. S. 533* What he would do is to please the proof of jurisdiction evidence. A judgment rendered by a court without personal jurisdiction over the Alleged Defendants is void. It is a nullity. *Sramek v. Sramek, 17 Kan. App 2d 573, 576-7, 840 P. 2d 553 (1992) rev. denied 252 Kan. 1093(1993).*

Notice To the Plaintiff: I, Alleged Defendant inform official documents protections for all the people who you serve, I Demand that you provide to me and the court a certified copy of Bendett & McHugh, PC (102892), Brock and Scott, PLLC (439942), KORDE & ASSOCIATES P.C. (439864), Dominick Neveux, 430738, John Patrick Fahey (305404), and Matthew F. Bristol, Esq. (432748), your Oath of Office and LICENSED pursuant to Rule 61 – Discovery, P.B. §§ 23-38, 23-39. grounds P.B. § 23-56, Title 52 Ch. 900 § 52-197 Rules. (a) and JD-CV-119 Rev. 10-23 and §1217 Freedom of Information Act § 7-35bb, § 12-55. Section 1-21j-28 (a)-(b)

Notice To the Plaintiff: I, Alleged Defendant inform official documents protections for all the people who you serve, I Demand that you provide to me and the court a certified copy of Dominick Neveux, 430738, John Patrick Fahey (305404), Matthew F. Bristol, Esq. (432748), of your APPEARANCE filed with the state court.

Notice To the Plaintiff: I, Alleged Defendant In Propria Persona, inform official documents protections for all the people who you serve, I Demand that Bendett & McHugh, PC (102892), Brock and Scott, PLLC (439942), KORDE & ASSOCIATES P.C. (439864), Dominick Neveux, 430738, John Patrick Fahey (305404), and Matthew F. Bristol, Esq. (432748) provide to me and the court a certified copy of any and all bonds you are required to obtain by law.

Notice To the Plaintiff: I, Alleged Defendant In Propria Persona, inform official documents protections for all the people who you serve, I Demand that you provide to Willie Mae Clayton and the State court a copy of the wet ink contract or agreement that lawfully binds Willie Mae Clayton as one of the People of these united States, a Natural woman to you and all your alleged code/statute & laws, and the agency of office you allege, an Artificial Person by you and all the Officers of Bendett & McHugh, PC (102892), Brock and Scott, PLLC (439942), KORDE & ASSOCIATES P.C. (439864), WELLS FARGO BANK USA HOLDINGS, INC. and US BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST.

## MEMORANDUM OF LAW SUPPORT MOTION TO STRIKE

This motion to strike is filed according to §10-39(a), C. G. S. §§ 36a-801 &1006.34 and Civil Procedure rule 701.

Alleged Defendants state that: the Alleged Defendants with the power of Grantor, as Assignor to the Assignee Office of the Chief Court Administrator and Clerk of US District Court as trustee the keeper of the Records, their duty to perform, in accordance with CT Gen Stat § 51-36 and Conn. Gen. Stat. § 51-36a, of the United States of America and State of Connecticut obligation. The Plaintiff's Motion to remand the improperly remove and legal notice and demand" definitions writ of facts in its entirety however, such Terms of Acceptance Motion to Strike of Alleged Defendants herein and legal notice and demand" definitions writ of facts shall be in full force and effect with respect to the obligations of the

tenant thereunder arising prior to the date hereof, and the following shall be substituted in place thereof:

Alleged Defendants state that: We do not accept or connect to an attorney filing a Motion to remand the improperly removed because the attorney for the Plaintiff cannot make pleading, statements and arguments to establish a fact for the client in court or admit exhibits as evidence in the court.

Alleged Defendants States That: "The attorney is not a witness, and he is not permitted to add to the record either by subtle or gross improprieties. The Alleged Defendant has experienced the full thrust of the power of attorney when leveled against Alleged Defendants know that the only protection the Alleged Defendants has is in the requirement for a fair trial." Donnelly v. Dechristoforo, 1974.SCT.41709 ¶ 56; 416 U.S. 637 (1974)

### SUPPORTING CASES RULING:

- *If the attorney wishes to establish a fact, he must provide sworn testimony from Plaintiff as witnesses other than himself or a stipulation to which his opponent agrees. Leon Shaffer Golnick Advertising, Inc. v. Cedar, 423 So.2d 1015, 1017 (Fla. 4th DCA 1982)*
- *Wilson v. Layman (2019): A federal district court held that a plaintiff had a duty to disclose proof of jurisdiction when bringing a diversity lawsuit against a defendant in this state, and dismissed the lawsuit for lack of jurisdiction when the plaintiff failed to do so.*
- *"An attorney for the plaintiff cannot admit evidence into the court. He is either an attorney or a witness". (Trinsey v. Pagliaro D.C.Pa. 1964, 229 F. Supp. 647)*

- *"Statements of counsel in brief or in argument are not sufficient for motion to dismiss or for summary judgment," Trinsey v. Pagliaro, D. C. Pa. 1964, 229 F. Supp. 647.*
-
   **TRUE BILL OF CLAIM IN EQUITY OF ADJUDICATIVE FACTS EVIDENCE:**

The Alleged Defendants State That: the Summons and Complaint 09/06/2022 Entries No. 100.32, 101.00, 102.00, 103.00, 104.00, 106.00, 108.00, 109.00, 112.00, 116.00, 121.00, 122.00, 127.00, 128.00, 131.00, 132.00, 134.00, 136.00, 137.00, 138.00, 139.00, 140.00, 141.00, 142.00, 143.00, 144.00, 150.00, 151.00 & 152.00 the clerk's office docketed NNH-CV22-6126370-S Entries documents without filing an "Appearance" with the clerk's office for the Superior court. Dominick Neveux, 430738, John Patrick Fahey (305404), and Matthew F. Bristol, Esq. (432748), No attorney shall be permitted to appear in court or to be heard on behalf of a party until the attorney's appearance has been entered P.B. Sec. 3-7(a).

According to: The American Dictionary of the English Language 1828, the term "impartial" means herein: 1) Not partial; not biased in favor of one party more than another; indifferent; unprejudiced; disinterested; as an impartial judge or arbitrator 2. Not favoring one party more than another; equitable; just; as an impartial judgment or decision; an impartial opinion. https://webstersdictionary1826.com/

**DEFENDANTS' MOTION TO STRIKE** File No.: DCDS- [illegible] -01

I am at a disadvantage in Superior Court. The judge has a personal bias and prejudice concerning against Alleged Defendant as a pro se (Sui Juris) litigants. How can a judge ever be impartial if he or she is in favor of the Attorneys for the Plaintiff's claims in their Complaint, Motions, pleading, statements, and arguments before the court as prima facie evidence because he or she works with the Attorney as a Commissioner of the Superior Court that brought the lawsuit against the Alleged Defendants? How can the nature and cause of the accusations against Alleged Defendants be determined when the party bringing the claim is a corporate fiction? Code Of Judicial Conduct Rule 2.11[i].

I am required to initiate a direct challenge to the authority of anyone representing himself or herself as a Judicial Officer, Attorney, Commissioner of the Court, or agent before the finality of any proceeding in order to avoid implications of de facto officer doctrine. When challenged, those posing as judicial Officers, attorneys, Commissioners of the Court, and agents are required to affirmatively prove whatever authority they claim. In the absence of proof, they may be held personally accountable for any loss, injury, or damages. RYDER v. UNITED STATES, 115 S.Ct. 2031, 132 L.Ed.2d 136, 515 U.S. 117.

As a constitutionally secured right, Alleged Defendants sending you Hon. Judge, our grievances and Disclosure of Constitutional Questions.1st not to be deprived of the right to be heard by myself, freedom of speech, life, liberty, or property

without due process of law, 2nd Right to be confronted by the Alleged Plaintiff as a witness against the Alleged Defendant and cross-examine the Alleged Plaintiff based on the statements in their complaint. 3rd the Constitutional requirement for a fair trial, and an impartial Judge. 4th constitutionally secured right to proof of jurisdiction over the subject and the Alleged Defendant (s). 5th All courts shall be open, and every person, for an injury done to him in his person, property, or reputation, shall have remedy by due course of law, and right and justice administered without sale, denial, or delay. Loss of constitutionally secured rights, and Freedoms per The U.S Const., Bill of Rights, for even minimal periods of time, unquestionably constitutes irreparable injury. Elrod v. Burns, 427 U.S. 347; 6 S. Ct. 2673; 49 L. Ed. 2d (1976).

Access to the courts, which is guaranteed by Constitution, which states that; " That every freeman, for any injury done him in his person or property, ought to have remedy, by the course of the law of the land, and ought to have justice and right freely without sale, fully without any denial, and speedily without delay, according to the law of the land."

Right to Due Process: Alleged Defendant is asserting that Alleged Defendant has been deprived of your right to a fair and impartial trial, as guaranteed by the 14th Amendment to the US Constitution, which states

**DEFENDANTS' MOTION TO STRIKE** File No.: DCDS- ⸺ -01

that "nor shall any State deprive any person of life, liberty, or property, without due process of law."

Right to Confrontation: Alleged Defendant are claiming that Alleged Defendant have been denied the right to confront the Alleged plaintiff as a witness against you, which is guaranteed by the 6th Amendment to the US Constitution.

Right to a Fair Trial: Alleged Defendant are alleging that Alleged Defendant have not received a fair trial, which is guaranteed by the 6th Amendment to the US Constitution.

Right to Jurisdiction: The alleged Defendant is questioning whether the court has jurisdiction over the subject matter and the Alleged Defendant, which is a fundamental principle of due process.

The Alleged Plaintiff's arguments and Pleadings are based on unproven statements documented only by an attorney. As stated above, the Alleged Defendants' Complaint alleges consumer harm and injury by acts of conspiracy to commit fraud, forgery, wrongful Complaint, and breach of contract this claim is also for obstruction of the administration of justice.

WHEREFORE, it is respectfully prayed that this Honorable Court:

DISMISS the Plaintiff's claims due to lack of evidence and unproven allegations.

STRIKE the Plaintiff's pleadings as frivolous and lacking in legal merit.

ORDER the Plaintiff to provide concrete evidence supporting their claims, failing which, their complaint shall be dismissed with prejudice.

GRANT such further relief as the Court deems just and proper to ensure that the constitutional secure rights of Alleged Defendants are protected and respected.

The Alleged Defendants reserve the right to enter into this demand, and all evidence attached within, to be preserved as evidence under Civil Practice Law and Rule 902 (4), of the Federal Rules of Evidence To certify a document Civil Procedure Rule 44: Proof of official records, upon the records of such public recorder's office at such place or places as I alone determine, which as a matter of public record shall be subject to submission and use in any legal proceeding thereafter as utilized by any person having cause to rely thereupon for evidence purpose, under the aforesaid Federal Rules of Evidence, and as for any other reasons that a public record of writ of mandamus petition for writ of certiorari, debt, Foreclosure Judgment, tax and Judgment may be used, accordingly. These instruments are submitted upon good faith belief that they are grounded in fact, warranted by existing law or a good faith argument for the modification or reversal of existing law and are submitted for proper purposes, and not to cause harassment and unnecessary delay or costs.

*Willie Mae Clayton*
Original Signature
Willie Mae Clayton
Without Prejudice UCC 1-308
152 SHEFFIELD AVE
NEW HAVEN, CT 06511
Telephone Number
860-█████

_____
Original Signature
Jonita Terelle Vaughn
Without Prejudice UCC 1-308
152 SHEFFIELD AVE
NEW HAVEN, CT 06511
Telephone Number
860- ███

_____
Original Signature
Brandon Winfree Vaughn
Without Prejudice UCC 1-308
152 SHEFFIELD AVE
NEW HAVEN, CT 06511
Telephone Number
860- ███

MOTION TO STRIKE It is hereby ORDERED: GRANTED/DENIED.

BY THE US DISTRICT COURT OF CONNECTICUT COURT

Subscribed and ordered on this ___day of_____, 2024

_____

**Judge /Clerk- Juries No:**

CERTIFICATE OF SERVICE
A copy of the foregoing was mailed, this 05- Day month of September year 2024 to I did mail by regular first-class mail, postage prepaid the above document, MOTION TO STRIKE the following parties: Notice to Agent Inferior is Notice to Agent Superior. Notice to Agent Superior is Notice to Agent Inferior.

**US BANK TRUST NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR VRMTG ASSET TRUST**
Attorney
 John Patrick Fahey (305404)
KORDE & ASSOCIATES P.C. (439864)
5 SHAW'S COVE
SUITE 201
NEW LONDON , CT 06320

*Willie Mae Clayton*
Original Signature
Willie Mae Clayton
Without Prejudice UCC 1-308
152 SHEFFIELD AVE
NEW HAVEN, CT 06511
Telephone Number
860- ███

*Jonita Vaughn*
Original Signature
Jonita Terelle Vaughn
Without Prejudice UCC 1-308
152 SHEFFIELD AVE
NEW HAVEN, CT 06511
Telephone Number
860- ███

*Brandon Vaughn*
Original Signature
Brandon Winfree Vaughn
Without Prejudice UCC 1-308
152 SHEFFIELD AVE
NEW HAVEN, CT 06511
Telephone Number
860- ███

**DEFENDANTS' MOTION TO STRIKE** File No.: DCDS- ████ -01

---

[1] (1) The judge has a personal bias or prejudice concerning a party or a party's lawyer, or personal knowledge* of facts that are in dispute in the proceeding. (5) The judge, while a judge or a judicial candidate,* has made a public statement, other than in a court proceeding, judicial decision, or opinion, that commits or appears to commit the judge to reach a particular result or rule in a particular way in the proceeding or controversy. (C) A judge subject to disqualification under this Rule, other than for bias or prejudice under paragraph (A)(1), may disclose on the record the basis of the judge's disqualification and may ask the parties and their lawyers to consider, outside the presence of the judge and court personnel, whether to waive disqualification. If, following the disclosure, the parties and lawyers agree, without participation by the judge or court personnel, that the judge should not be disqualified, the judge may participate in the proceeding. The agreement shall be incorporated into the record of the proceeding.